1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANELL WALKER, | **Case No. 1:17-cv-00548-LJO-EPG** |
| Plaintiff, | **ORDER REQUIRING PLAINTIFF TO FILL OUT A COMPLETED MOTION TO PROCEED *IN FORMA PAUPERIS* APPLICATION OR PAY THE $400.00 FILING FEE IN FULL** |
| vs. | |
| JUAN ALZATE, | |
| Defendant. | (ECF No. 2) |

Plaintiff Shanell Walker filed a complaint alleging claims arising out of her employment relationship and the termination of that relationship with Defendant Juan Alzate. (ECF No. 1.) On April 18, 2017, Plaintiff submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, however, she did not submit a completed form. (ECF No. 2.)

Specifically, Plaintiff did not provide a complete answer to question number three, which requires the plaintiff to "describe below or on a separate page each source of money and state the amount received and what you expect to receive in the future." (ECF No. 2.) Plaintiff made similar omissions in response to questions number six and eight, which both require a description and statement of the amounts at issue. The Court is not able to consider the application until the form is completed and the requisite information is provided.  Therefore, if

1

Plaintiff wishes to proceed *in forma pauperis*, she shall file a completed application no later than **May 8, 2017**. Alternatively, Plaintiff may pay the $400.00 filing fee by that same date.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall attach an application to proceed *in forma pauperis* to this Order. No later than **May 8, 2017**, Plaintiff shall submit the attached application fully completed and signed, or, in the alternative, pay the $400.00 filing fee.

No requests for extension will be granted without a showing of good cause. Failure to timely comply with this order will result in a recommendation that the application be denied.

IT IS SO ORDERED.

Dated:   **May 1, 2017**                      /s/ *Erin P. Gros*
                                         UNITED STATES MAGISTRATE JUDGE