UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANELL WALKER,<br><br>        Plaintiff,<br><br>v.<br><br>DDS JUAN ALZATE, et al.,<br><br>        Defendants. | 1:17-cv-00548-LJO-EPG<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF<br><br>(ECF No. 36) |

Mr. Edgar Ndjatou, counsel for Plaintiff, moves to withdraw his representation of Plaintiff in this action. (ECF No. 36.) Plaintiff continues to be represented by local counsel, Mr. Kevin M. Schwin of the Law Office of Kevin Schwin, and by pro hac vice counsel, Elyssa Helene Katz Geschwind (ECF No. 38).

The Court has considered the Motion to Withdraw, finds the motion suitable for decision without oral argument, and finds good cause exists for granting the motion. Accordingly,

1. The March 26, 2019, hearing on the motion, set before Chief Judge Lawrence J. O'Neill, is VACATED.
2. The Motion to Withdraw (ECF No. 36) is GRANTED.

IT IS SO ORDERED.

Dated: **March 4, 2019**           /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE